IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGEL VELASQUEZ,

        Plaintiff,

  v.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM, et al.,

        Defendants.

                                  /

No. C-08-04762 EDL

**ORDER PURSUANT TO CIVIL LOCAL RULE 3-12(c)**

    This matter was removed from Mendocino County Superior Court on October 16, 2008. On December 9, 2008, Defendants informed the Court that this matter had previously been removed by separate counsel from Mendocino County Superior Court and assigned to the Honorable Phyllis J. Hamilton. See Velasquez v. Mortgage Electronic Registrations Systems, C-08-3818 PJH. Because it appears that this case may be related to the previous case filed before Judge Hamilton, pursuant to Civil Local Rule 3-12(c), this Court hereby refers this case to Judge Hamilton to determine whether the cases are related.

    **IT IS SO ORDERED.**

Dated: December 11, 2008

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge